# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 31, 2021

162149

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

SC: 162149
COA: 347311
Montcalm CC: 2017-023520-FC

JOSEPH JOHN UTURO,
    Defendant-Appellant.

_____/

    On order of the Court, the application for leave to appeal the August 27, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



    I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 31, 2021



Clerk

a0324